# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_Jalal Askander_
Plaintiff(s)

vs.                                          Civil Action No.: _08-cv-595 (PLF)_

_Research Triangle Institute et. al._
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

_Unity Resources Group LLC_
_Al 'Murooj Hotel and Suites, Office No. 7_
_PO Box 117546_
_Dubai, United Arab Emirates_

by: (check one)   ☒ registered mail, return receipt requested
                  ☐ DHL

pursuant to the provisions of: (check one)
   ☒ FRCP 4(f)(2)(C)(ii)
   ☐ 28 U.S.C. §1608(a)(3)
   ☐ 28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): _United Arab Emirates_, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_(Signature)_

_PO Box 11244_
_Washington DC 20008-1244_
_USA_

(Name and Address)