CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JALAL ASKANDER ANTRANICK
_____
Plaintiff(s)

vs.                                                      Civil Action No.: __08-595 PLF__

RESEARCH TRIANGLE INSTITUTE, INTERNATIONAL, ET AL.,
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __22 nd__ day of _____April_____, 20 _08_,
I mailed:

1. ☒ One copy of the summons and complaint       by registered mail, return receipt requested     , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons, complaint and notice of suit     , together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested     , to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit     , together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested     , to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint     , together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested     , to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK

By: _____/s/ Tawana Davis_____
Deputy Clerk