UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jalal Askander Antranick,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 1:08-cv-00595 |
| ) | |
| **Research Triangle Institute, International and** ) | |
| **Unity Resources Group, L.L.C.,** ) | Honorable Paul L. Friedman |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE PLEAD**

Defendants Research Triangle Institute, International ("RTI") and Unity Resources Group Pte. Ltd. ("Unity") hereby respectfully request that the Court grant Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead. In support of this motion, Defendants state as follows:

1. Plaintiff filed this action on April 8, 2008. RTI was served with the Complaint on May 13, 2008. A court clerk's mailing of the summons and complaint was delivered to Unity on or about May 15, 2008. The Complaint seeks relief against Defendants for alleged violations of the Alien Tort Claims Act, the Torture Victim Protection Act and for various alleged torts including wrongful death and negligence in failing to rescue.

2. Due to the complexity of the issues, the press of other cases, and current travel plans, Defendants seek to extend their time to move, answer or otherwise plead in response to the Complaint.

3.      During a teleconference on May 20, 2008, Plaintiff's counsel, Paul Wolf, stated that he would not oppose an extension of time to July 10, 2008.  Mr. Wolf asked that he be given in return until August 11, 2008 to file any opposition to Defendants' responsive pleading, a request to which both Defendants have consented.

4.      Therefore, Defendants move to extend the time for Defendants to move, answer or otherwise plead in response to the complaint until July 10, 2008, and to extend the time for Plaintiff to reply to or oppose Defendants' respective pleadings until August 11, 2008.  A proposed order is submitted herewith.

Dated:  May 22, 2008

Respectfully Submitted,

/s/ Eric W. Bloom
Eric W. Bloom
Bar No. 417819
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C.  20006
Phone: (202) 282-5743
Fax:  (202) 282-5100

*Counsel for Defendant RTI International*

/s/ Robert A. Schwinger
Robert A. Schwinger
Bar No. NY0092
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
Tel. (212) 408-5100
Fax (212) 541-5369

*Counsel for Defendant*
  *Unity Resources Group Pte. Ltd.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Jalal Askander Antranick,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|         **v.** ) | **Civil Case No. 1:08-cv-00595** |
| ) | |
| **Research Triangle Institute, International and** ) | |
| **Unity Resources Group, L.L.C.,** ) | **Honorable Paul L. Friedman** |
| ) | |
|     **Defendants.** ) | |
| ) | |

    This matter coming to be heard on Defendants' Unopposed Motion for Extension of Time to Move, Answer or Otherwise Plead,

    IT IS HEREBY ORDERED that Defendants shall have until July 10, 2008 to move, answer or otherwise plead in response to the complaint, and that Plaintiff Jalal Askander Antranick shall have until August 11, 2008 to reply to or oppose Defendants' motions or answers.

    Nothing in this Order shall prejudice the Defendants' right to file reply memoranda, or right to seek an extension of time to file a reply.

Dated: May __, 2008

                                                  **Honorable Paul L. Friedman**