AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JALAL ASKANDER ANTRANICK,

        Plaintiff(s)  )  **APPEARANCE**

        vs.  )  CASE NUMBER   1:08-cv-0595 (PLF)
RESEARCH TRIANGLE INSTITUTE, INTERNATIONAL
and UNITY RESOURCES GROUP, L.L.C.,

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Robert A. Schwinger  as counsel in this
        (Attorney's Name)

case for:  defendant Unity Resources Group Pte. Ltd. (without waiver of or prejudice to any jurisdictional defenses such party might have)
        (Name of party or parties)

May 23, 2008
Date

_[signature]_
Signature

Robert A. Schwinger
Print Name

NY0092
BAR IDENTIFICATION

c/o Chadbourne & Parke LLP, 30 Rockefeller Plaza
Address

New York,    NY    10112
City    State    Zip Code

(212) 408-5100
Phone Number