AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

| | | |
|---|---|---|
| JALAL ASKANDER ANTRANICK,<br>Plaintiff(s) | ) | **APPEARANCE** |
| vs. | ) | CASE NUMBER  1:08-cv-0595 (PLF) |
| RESEARCH TRIANGLE INSTITUTE, INTERNATIONAL<br>and UNITY RESOURCES GROUP, L.L.C.,<br>Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of __William S. D'Amico__ as counsel in this
(Attorney's Name)

case for: __defendant Unity Resources Group Pte. Ltd. (without waiver of or prejudice to any jurisdictional defenses such party migh have)__
(Name of party or parties)

May 28, 2008
Date

Signature

DC # 2694
BAR IDENTIFICATION

William S. D'Amico
Print Name

Chadbourne & Parke LLP
1200 New Hampshire Avene NW
Address

Washington   DC   20036
City   State   Zip Code

(202) 974-5616
Phone Number