AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/7/08 |
| NAME OF SERVER (PRINT) William Thomas | TITLE Independent Contractor |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable **age and** discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Gave 2 copies of Summons and Complaint to Office of Department of Consumer and Regulatory Affairs Business and Professional License Administration Corporation Division, 941 North Capital St NE, Washington DC 20002 - for defendant Unity Resources Group

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $150.00 |
|---|---|---|

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07-07-08         William T. Thomas
　　　　　　　　Date　　　　　　　　Signature of Server

　　　　　　3826 - 9th St. S.E. #B, Wash. D.C 20032
　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

★ ★ ★ GOVERNMENT
OF THE
DISTRICT OF COLUMBIA

Department of Consumer and Regulatory Affairs
Business and Professional License Administration
Corporation Division
941 North Capitol St. N.E.
Washington, D.C. 20002

BRA 29 (REV 09/02)

# Billing Voucher

**Charge To:**
JALAL ASKANDER ANTRANICK VS. RESEARCH TRIANGLE INSTITUTE, INTERNATIONAL

**Charge For:** SERVICE OF PROCESS    QTY: 1

Office Use Only

| | | |
|---|---|---|
| | | 3222 |
| | $ | 15.00 |
| | $ | .00 |
| | $ | .00 |
| | $ | .00 |

Date 7/7/2008    MCA    PAY THIS AMOUNT PAYABLE TO THE D.C. TREASURER    $ 15.00    Total

```
Office of Finance
and Treasury
Date:   7/7/2008 11:46 AM
Office: 941NCap    Term.CFJPOLB1
Batch:  25    Batch Date:07/07/08
Cashier:ncap04
Trans #:54

DCRA                          Rcpt: 0028257:
Comment/Document:
              Payment Total:        $15.00
Payment Distribution:
  2117  CRO-3222-6013 CORPORAT     $15.00
                    CA Tendered: $20.00
                    CA Tendered: ($5.00)

        Thank you for your payment.
              Have a nice day!
```