IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JALAL ASKANDER ANTRANICK,<br><br>                              Plaintiff,<br><br>-against-<br><br>RESEARCH TRIANGLE GROUP INTERNATIONAL and UNITY RESOURCES GROUP, L.L.C.,<br><br>                              Defendants. | Civil Case No. 1:08-cv-00595 (PLF)<br><br>Hon. Paul L. Friedman |

## **CERTIFICATE UNDER LCVR 7.1**

I, the undersigned, counsel of record for Defendant Unity Resources Group Pte. Ltd. ("Unity"), certify that to the best of my knowledge and belief, Unity has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated:   July 10, 2008

                Respectfully submitted,

                CHADBOURNE & PARKE LLP

                By      /s/ Robert A. Schwinger
                   Robert A. Schwinger (Bar No. NY0092)
                  Attorneys for Defendant
                    Unity Resources Group Pte. Ltd.
                  30 Rockefeller Plaza
                  New York, New York  10112
                  Tel. (212) 408-5100
                  Fax (212) 541-5369

Of Counsel:

Thomas E. Butler
Jonathan C. Cross

Daniel J. Greenwald III
CHADBOURNE & PARKE LLC
City Tower I
Sheikh Zayed Road
P.O. Box 23927
Dubai, United Arab Emirates
Tel:  +971 (4) 331-6123
Fax  +971 (4) 331-0844

William S. D'Amico (Bar No. 2694)
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Tel. (202) 974-5600
Fax (202) 974-5602