CO-386-online
10/03

# United States District Court
# For the District of Columbia

Jalal Askander Antranick,              )
                                       )
                                       )
                                       )
             vs        Plaintiff       )     Civil Action No. __1:08-cv-00595__
                                       )
Research Triangle Institute, International )
and Unity Resources Group, L.L.C.,     )
                                       )
                       Defendant       )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __RTI_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __RTI_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

__472630_____        Nicole Y. Silver
BAR IDENTIFICATION NO.            Print Name

                                  1700 K Street, NW
                                  Address

                                  Washington, D.C.   20006
                                  City          State      Zip Code

                                  202-282-5946
                                  Phone Number