**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Jalal Askander Antranick,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|         v. ) | Civil Case No. 1:08-cv-00595 |
| ) | |
| **Research Triangle Institute, International and** ) | |
| **Unity Resources Group, L.L.C.,** ) | Honorable Paul L. Friedman |
| ) | |
|     **Defendants.** ) | |
| ) | |

**DEFENDANT RTI'S MOTION FOR**
**EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO RTI'S**
**MOTION TO DISMISS**

    Defendant Research Triangle Institute ("RTI") hereby respectfully requests that the Court grant Defendant's Motion for Extension of Time to Reply to Plaintiff's Opposition to Defendant RTI's Motion to Dismiss. In support of this motion, RTI states as follows:

    1.    Plaintiff filed his Complaint on April 8, 2008. The Complaint seeks relief against Defendants for alleged violations of the Alien Tort Claims Act, the Torture Victim Protection Act and for various alleged torts including wrongful death and negligence in failing to rescue.

    2.    RTI filed its Motion to Dismiss on July 10, 2008, and, although Plaintiff's response was not due until August 11, 2008, Plaintiff filed his Opposition to RTI's Motion to Dismiss on July 26, 2008. Pursuant to this Court's rules, Defendant has five days in which to file a response. RTI's reply memorandum is therefore currently due on Monday, August 4, 2008.

    3.    Given the complexity of the issues, the press of other cases, and pre-planned travel commitments during the course of the five days allotted under the Rules, RTI respectfully

requests a brief 4-day enlargement of time within which it may file its reply memorandum, to wit, to Friday, August 8, 2008. No party will be prejudiced by the granting of the requested 4-day enlargement of time.

  4. Counsel for RTI has twice emailed Plaintiff's counsel, Paul Wolf, on July 29 and July 30, respectfully, and telephoned him on July 30, but has not reached him or otherwise received a response from him regarding RTI's request for an extension of time.

  5. Counsel for Defendant Unity Resources Group, L.L.C. ("Unity") has informed counsel for RTI that Unity has no objection to RTI's Motion.

  6. For the foregoing reasons, RTI respectfully moves to extend the time for RTI to file its reply memorandum in support of its Motion to Dismiss by 4 days, until August 8, 2008. A proposed order is submitted herewith.

Dated: July 31, 2008

          Respectfully Submitted,

          /s/ Eric W. Bloom
          Eric W. Bloom
          Bar No. 417819
          WINSTON & STRAWN LLP
          1700 K Street, N.W.
          Washington, D.C. 20006
          Phone: (202) 282-5743
          Fax: (202) 282-5100

          *Counsel for Defendant RTI*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jalal Askander Antranick,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|         **v.** ) | **Civil Case No. 1:08-cv-00595** |
| ) | |
| **Research Triangle Institute, International and** ) | |
| **Unity Resources Group, L.L.C.,** ) | **Honorable Paul L. Friedman** |
| ) | |
|     **Defendants.** ) | |
| ) | |

This matter coming to be heard on Defendant RTI's Motion for Extension of Time to Respond to Plaintiff's Opposition to RTI's Motion to Dismiss,

IT IS HEREBY ORDERED that Defendant RTI shall have until August 8, 2008 to reply to Plaintiff's Opposition to RTI's Motion to Dismiss.

Dated: _____, 2008

                                                                         **Honorable Paul L. Friedman**