IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JALAL ASKANDER ANTRANICK,<br><br>                                        Plaintiff,<br><br>-against-<br><br>RESEARCH TRIANGLE GROUP INTERNATIONAL and UNITY RESOURCES GROUP, L.L.C.,<br><br>                                        Defendants. | Civil Case No. 1:08-cv-00595 (PLF)<br><br>Hon. Paul L. Friedman |

## UNOPPOSED MOTION TO EXTEND TIME

Defendant Unity Resources Group Pte. Ltd., sued herein as Unity Resources Group, L.L.C. ("Unity"), hereby requests that the Court grant Unity's Unopposed Motion to Extend Time. In support of this motion, Unity states as follows:

1. Plaintiff filed the Complaint in this action (the "Complaint") on April 3, 2008 seeking relief against the defendants for claims arising out of an alleged incident in Baghdad, Iraq.

2. Unity filed a Motion to Dismiss the Complaint on July 10, 2008.

3. Plaintiff filed his Opposition to the Motion to Dismiss on August 4, 2008.

4. Unity has requested additional time to reply to the Plaintiff's Opposition to the Motion to Dismiss.

5. In a telephone call on August 6, 2008, counsel for Plaintiff, Paul Wolf, Esq., indicated that he had no opposition to an extension of time until and including August 21, 2008, for Unity to reply to Plaintiff's Opposition to the Motion to Dismiss.

NY2 - 501536.01

6. In an email message sent on August 6, 2008, counsel for Defendant RTI International, Eric Bloom, Esq., of Winston & Strawn LLP, also indicated that he had no opposition to an extension of time until and including August 21, 2008 for Unity to reply to Plaintiff's Opposition to the Motion to Dismiss.

7. Therefore, Unity requests -- without waiver of or prejudice to any objection by Unity to personal jurisdiction, or to venue, or to claimed inconvenience of this forum, or to the justiciability of this dispute, or to any other procedural or substantive defense by Unity in this action, and without waiver of or prejudice to any position that plaintiff or RTI might take in response to Unity in this matter -- that this Court enter an order extending the time for Unity to reply to Plaintiff's Opposition to the Motion to Dismiss. A proposed order is submitted herewith.

WHEREFORE, Defendant Unity respectfully requests that its Unopposed Motion to Extend Time be granted.

Dated:     August 6, 2008

CHADBOURNE & PARKE LLP

By:          /s/ Robert A. Schwinger
    Robert A. Schwinger (Bar No. NY0092)
    A Member of the Firm
Attorneys for Defendant
  Unity Resources Group Pte. Ltd.
30 Rockefeller Plaza
New York, New York  10112
Tel. (212) 408-5100
Fax (212) 541-5369

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JALAL ASKANDER ANTRANICK,<br><br>                                  Plaintiff,<br><br>           -against-<br><br>RESEARCH TRIANGLE GROUP INTERNATIONAL and UNITY RESOURCES GROUP, L.L.C.,<br><br>                                Defendants. | Civil Case No. 1:08-cv-00595 (PLF)<br><br>Hon. Paul L. Friedman |

## ORDER EXTENDING TIME

This matter having come to be heard on the Unopposed Motion of Defendant Unity Resources Group Pte. Ltd., sued herein as Unity Resources Group, L.L.C. ("Unity"), to Extend Time,

IT IS HEREBY ORDERED that the time of Unity to reply to Plaintiff's Opposition to the Motion to Dismiss be extended to and including August 21, 2008, and that this Order is without waiver of or prejudice to any objection by Unity to personal jurisdiction, or to venue, or to claimed inconvenience of this forum, or to the justiciability of this dispute, or to any other procedural or substantive defense by Unity in this action.

Dated: August _____, 2008

                                                                        Honorable Paul L. Friedman, U.S.D.J.

NY2 - 501543.01