IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JALAL ASKANDER ANTRANICK,<br><br>        Plaintiff,<br><br>-against-<br><br>RESEARCH TRIANGLE GROUP INTERNATIONAL and UNITY RESOURCES GROUP, L.L.C.,<br><br>        Defendants. | Civil Case No. 1:08-cv-00595 (PLF)<br><br>Hon. Paul L. Friedman |

**REPLY MEMORANDUM IN RESPONSE TO PLAINTIFF'S RESPONSE TO CHADBOURNE & PARKE LLP'S MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR DEFENDANT UNITY RESOURCES GROUP PTE. LTD.**

    Chadbourne & Parke LLP ("Chadbourne"), counsel of record for defendant Unity Resources Group Pte. Ltd. ("Unity"), sued herein as "Unity Resources Group, L.L.C.," respectfully submits this reply memorandum in response to Plaintiff's Response to Chadbourne & Parke LLP's Motion to Withdraw Appearance as Counsel for Defendant Unity Resources Group, filed on August 19, 2008.

    Plaintiff attempts to suggest that granting Chadbourne's motion to withdraw will leave Plaintiff unable to serve papers in this action, and implies that Unity is but temporarily holed up in a hotel room from which it might decamp and disappear from sight at any moment. Such insinuations are baseless. With regard to Chadbourne's service of its withdrawal motion papers upon Unity at the address stated in those papers, Federal Express has confirmed delivery at that address, the fax transmissions were successful and the e-mail was not returned as undeliverable. Moreover, Unity's address

in Dubai is at a multi-building complex that includes both office and hotel space, and the address provided in Chadbourn's withdrawal papers indicated on its face that Unity occupies not a hotel room for short-term transient guests but rather "Office No. 7".

In any event, Unity is not a natural person but rather a corporate entity, and thus Plaintiff presumably would not be placed in the position of having to able to deal with Unity in any pro se capacity in this matter. The logical and obvious way to handle matters if withdrawal is granted in this situation — which would fully protect both Unity and Plaintiff — is to give Unity 30 days after the granting of Chadbourne's motion to obtain new counsel, and to stay all proceedings in this action during that short 30-day period. Since there is nothing pending in this action at present except the setting of an argument date on the defendants' fully-briefed motions to dismiss, it is hard to imagine a more opportune or less prejudicial time to issue such an order than at the present. Unity's new counsel could certainly get sufficiently up to speed to handle the one outstanding item, the argument of Unity's fully-briefed personal jurisdiction motion, very quickly.

Lastly, Plaintiff's uninformed speculations about the appropriateness of Chadbourne's charges to Unity should be given no weight by this Court . Plaintiff apparently assumes, erroneously and without having any knowledge of the facts, that Chadbourne's work for Unity has consisted of nothing but filing the personal jurisdiction motion in this action. This is not the case. Indeed, since Chadbourne's unpaid charges date back to January 2008 — more than three months before this action was even filed — and concern not merely this case but also the related Manook action, No. 1:08-cv-00096 (PLF), Plaintiff's assumptions and insinuations about the work that Chadbourne performed for Unity are entirely unfounded.

2

In sum, there is no reason for Chadbourne's motion to withdraw to be taken "under advisement" indefinitely, as Plaintiff has suggested to the Court. Rather, the sooner that Chadbourne is relieved and Unity is directed to bring new counsel into the case, the better it will be for both the Court, the other parties, and Unity in terms of being able to proceed expeditiously with this action.

Dated:    August 26, 2008

                              CHADBOURNE & PARKE LLP

                              By      /s/ Robert A. Schwinger
                                  Robert A. Schwinger (Bar No. NY0092)
                              Attorneys for Defendant
                                  Unity Resources Group Pte. Ltd.
                              30 Rockefeller Plaza
                              New York, New York  10112
                              Tel. (212) 408-5100
                              Fax (212) 541-5369

Of Counsel:

Daniel J. Greenwald III
CHADBOURNE & PARKE LLC
City Tower I
Sheikh Zayed Road
P.O. Box 23927
Dubai, United Arab Emirates
Tel:  +971 (4) 331-6123
Fax  +971 (4) 331-0844

William S. D'Amico (Bar No. 2694)
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Washington, D.C.  20036
Tel. (202) 974-5600
Fax (202) 974-5602